# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| CESAR ANTONIO ARITA PADILLA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| MARKWAYNE MULLIN, | § | |
| SECRETARY OF HOMELAND | § | |
| SECURITY; TODD LYONS, ACTING | § | No.  3:26-CV-01049-LS |
| DIRECTOR OF ICE; TODD | § | |
| BLANCHE, ACTING U.S. ATTORNEY | § | |
| GENERAL; MARY DE ANDA- | § | |
| YBARRA, FIELD OFFICE DIRECTOR | § | |
| OF ENFORCEMENT AND REMOVAL | § | |
| OPERATIONS, EL PASO FIELD | § | |
| OFFICE, IMMIGRATION AND | § | |
| CUSTOMS ENFORCEMENT; AND | § | |
| WARDEN OF ERO EL PASO CAMP | § | |
| EAST MONTANA, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's Notice of Voluntary Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 21, 2026.

 

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 3.